UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IHTESHAM ANSARI,<br><br>　Plaintiff,<br><br>v.<br><br>NATIONWIDE CREDIT & COLLECTION INC.,<br><br>　Defendants. | Case No: 1:18-cv-04521<br><br>Honorable Ruben Castillo<br><br>Honorable Jeffrey T. Gilbert<br>Magistrate Judge |

### NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that IHTESHAM ANSARI ("Plaintiff") and NATIONWIDE CREDIT & COLLECTION INC. ("Defendant"), hereby notify the Court that the Parties have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal. The Parties anticipate on filing a stipulation of dismissal with prejudice within 45 days.

Respectfully submitted this 11th day of January, 2019.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　*s/ Mohammed O. Badwan*
　　　　　　　　　　　　　　　　　　　　　　　Mohammed O. Badwan
　　　　　　　　　　　　　　　　　　　　　　　Sulaiman Law Group, Ltd.
　　　　　　　　　　　　　　　　　　　　　　　2500 S. Highland Ave., Ste. 200
　　　　　　　　　　　　　　　　　　　　　　　Lombard, IL 60148
　　　　　　　　　　　　　　　　　　　　　　　Phone: (630) 575-8180
　　　　　　　　　　　　　　　　　　　　　　　mbadwan@sulaimanlaw.com
　　　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*s/ Mohammed O. Badwan*_____